# Fwd: Privileged Settlement Communication

Received: **Monday, March 23, 2020 12:28 AM**

From: **Jason Van Dyke jasonleevandyke@gmail.com**

To: **jasonleevandyke@protonmail.com**

---------- Forwarded message ---------
From: **Jeffrey Dorrell** <JDorrell@hanszenlaporte.com>
Date: Sun, Mar 22, 2020 at 5:03 PM
Subject: Privileged Settlement Communication
To: Jason Van Dyke <jasonleevandyke@gmail.com>
Cc: Julie Devlin <JDevlin@hanszenlaporte.com>

Counsel:

My client has asked me to convey that he will release all claims in all suits in which you are an adverse party in exchange for your agreement to pay him $500,000.00. He will consider payment terms, provided the settlement amount is secured by an interest in real property or by an agreed judgment in Retzlaff's favor in the amount of $1,000,000.00, to be filed and abstracted only if there is a default.

This offer is good for your written acceptance until 5:00 PM March 31, 2020, at which time it expires without further notice. This offer is contingent upon your agreement to simultaneously release all of your claims against Retzlaff in all suits. It is also contingent upon execution of a full, final, global release and settlement agreement.

Regards,

Jeff



**Jeffrey L. Dorrell**
Board Certified—Civil Trial Law
Texas Board of Legal Specialization
Equity Partner

jdorrell@hanszenlaporte.com   hanszenlaporte.com
p: 713-522-9444   f: 713-524-2580
14201 Memorial Drive, Houston, Texas 77079

--
Jason L. Van Dyke
Attorney at Law, Receiver
200 Chisholm Place, #250
Plano, TX 75075
P - (469) 964-5346
F - (972) 421-1830
jason@vandykelawfirm.com

image001.png
42.80 KB