*******************************************************

*Board Certified in Criminal Law by the Texas Board of Legal Specialization.

---

**From:** Jason L. Van Dyke <jasonleevandyke@protonmail.com>
**Sent:** Wednesday, June 17, 2020 8:42 PM
**To:** Tom Retzlaff <retzlaff@texas.net>; kristin.brady@texasbar.com; Alan Taggart <alan@taggartfirm.com>
**Cc:** Jeffrey Dorrell <jdorrell@hanszenlaporte.com>
**Subject:** Re: Retzlaff v Van Dyke

Mr. Retzlaff:

I am not going to tell you again.  Do not contact me.  If you do it one more time, I will be going to the Sheriff.

Jason L. Van Dyke

PO Box 2618

Decatur, TX 76234

E - jasonleevandyke@protonmail.com


Sent with ProtonMail Secure Email.

------- Original Message -------

On Wednesday, June 17, 2020 8:28 PM, Tom Retzlaff <retzlaff@texas.net> wrote:

> By the way, van Dyke, I hear you are going to sue me and the State bar. You can send it via the e-filing system like all your other bullshit.
>
> I would suggest you hurry up before the state bar gets moving. You should seek an injunction against them and me from filing more grievances. And maybe you can stop the process.
>
> Just so you know, your deposition transcript is about 400 pages long. Guess how many new grievances will be filed based on that depo?  Double digits, dude. Double digits.
>
> You're never going to practice law again.

### Tom Retzlaff

**From:** retzlaff@texas.net
**Sent:** June 16, 2020 6:21 PM
**To:** jasonleevandyke@protonmail.com
**Cc:** JDorrell@hanszenlaporte.com
**Subject:** Re: Retzlaff v Van Dyke

You're a lying sack of shit. You act like I can't get a federal subpoena for your fucking phone records, you moron.

And I fucking know you been encouraging him to evade the process servers and to "lay low." The same bullshit you pulled in your criminal case.

Dude, we will be demanding the judge issue a bench warrant. You keep stepping on your dick like this and you will be mighty sorry, kid. On the very last day before your probation ends, a motion to adjudicate will be filed and you will get revoked and sentenced to six months in the county jail. Mark my words, dumb ass.

### Tom Retzlaff

**From:** jasonleevandyke@protonmail.com
**Sent:** June 16, 2020 6:11 PM
**To:** retzlaff@texas.net
**Reply-to:** jasonleevandyke@protonmail.com
**Subject:** Re: Retzlaff v Van Dyke

Mr. Retzlaff,

(1) I am not capable of producing Mr. McGibney for a deposition. He is not a retained witness, he is not subject to my control, he has not subject to any subpoena issued by me or on my behalf, and I haven't heard from him in weeks.

(2) The discovery period is closed. I do not agree to further discovery, and any further discovery requires leave of court which I will object to.

Jason Van Dyke

Sent from ProtonMail mobile

-------- Original Message --------

On Jun 16, 2020, 8:06 PM, Tom Retzlaff < retzlaff@texas.net> wrote:

Van Dyke,

Will you agree to produce McGibney for a deposition?

Tom Retzlaff

**From:** retzlaff@texas.net

**Sent:** June 16, 2020 4:52 PM

**To:** jasonleevandyke@protonmail.com

**Cc:** JDorrell@hanszenlaporte.com

**Subject:** Retzlaff v Van Dyke

I am going to request a continuance on the protective order hearing. Obviously the deposition is not prepared yet, you haven't seen it or been able to sign off on it.

Plus, it looks like there are more people who need to be questioned, right?

And it doesn't not seem like we will have a judge, or at least not this clown Bailey.

So I am seeing if you want to object or not to a continuance.

By the way, do I hear right that you are going to sue me and the State Bar? Go for it, kid. I triple dare ya!

Tom Retzlaff