**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Case No. 1:20-mc-657 |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF | § | |
| a/k/a Dean Anderson d/b/a BV Files, Via | § | |
| View Files L.L.C., and ViaView Files | § | |
|     Defendant | § | |

## <u>ORDER</u>

Before the Court is Movant James McGibney's Motion to Quash Subpoena pursuant to Fed.

R. Civ. P. 43(d)(3)(a). The Court, after considering the pleadings of the parties filed herein, is

of the opinion that the following order shall issue: It is hereby ORDERED that Movant

James McGibney's Motion to Quash is of merit and it is hereby in all things GRANTED.

Defendant's subpoena against James McGibney is quashed.