IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JASON LEE VAN DYKE §<br>  Plaintiff §<br> §<br>v. §<br> §<br>THOMAS CHRISTOPHER RETZLAFF §<br>a/k/a Dean Anderson d/b/a BV Files, Via §<br>View Files L.L.C., and ViaView Files §<br>  Defendant § | Case No. 1:20-mc-00657-LY |

## ORDER QUASHING SUBPOENA

On this day came to be considered the moton of Jason Lee Van Dyke, Plaintiff, to quash the subpoena of Thomas Christopher Retzlaff, Defendant, to GoDaddy.com L.L.C. (ECF 10). After considering Plaintiff's motion, the Court finds that the subpoena requested by Defendant in this cause was in violation of the scheduling order entered by the Honorable Amos Mazzant III in Case No. 4:18-cv-247, styled Jason Lee Van Dyke v. Thomas Christopher Retzlaff in the U.S. District Court in and for the Eastern District of Texas, as well as the order of the Honorable Jonathan Bailey quashing an identical subpoena in Case No. 20-2579-431, styled Thomas Retzlaff v. Jason Lee Van Dyke, in the 431st District Court in and for Denton County, Texas. Accordingly, Plaintiff's motion to quash is GRANTED and Defendant's subpoena to GoDaddy.com L.L.C. is QUASHED.