IN THE UNITED STATES DISTRICT FOR THE
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Case No. 1:20-MC-657-LY |
| | § | |
| THOMAS CHRISTOPHER | § | |
| RETZLAFF, a/k/a DEAN | § | |
| ANDERSON, d/b/a BV FILES, VIA | § | |
| FILES, L.L.C., and VIAVIEW | § | |
| FILES, | § | |
| | § | |
| Defendant. | § | |

## UNITED STATES' CERTIFICATE OF SERVICE

I certify that on June 23, 2020, a true copy of the United States' Amended Motion to Quash and Transfer (Dkt. 5) with attachments was served on all counsel of record by way of the Court's CM/ECF system and that service was made by certified mail to the pro se litigant:

James McGibney
4305 Ridgebend Dr.
Round Rock, TX 78665

I further certify that on July 1, 2020, a true copy of the United States' Amended Motion to Quash and Transfer, with attachments, was served by certified mail (FedEx) and email to:

Thomas C. Retzlaff
2402 E. Esplanade Ln.
PO Box 46424
Phoenix, AZ 85063-6424

Jeffrey L. Dorrell
14201 Memorial Drive
Houston, Texas 77079
jdorrell@hanszenlaporte.com

Jason Lee Van Dyke
PO Box 2618
Decatur, TX 76234

All litigants were in receipt of the motion on the day it was filed.

By:  */s/ Kristina S. Baehr*
Kristina S. Baehr
Assistant United States Attorney
Bar No. _ 24080780 _____

903 San Jacinto, Suite 334
Austin, Texas  78701
(512) 916-5858 (phone)
(512) 916-5854 (fax)
Kristina.baehr@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 1, 2020, a true copy of this Certificate of Service was served on all counsel of record by way of the Court's CM/ECF system and that service was made by certified mail to:

James McGibney
4305 Ridgebend Dr.
Round Rock, TX 78665

Jason Lee Van Dyke
PO Box 2618
Decatur, TX 76234

Thomas C. Retzlaff
2402 E. Esplanade Ln.
PO Box 46424
Phoenix, AZ 85063-6424

Jeffrey L. Dorrell
14201 Memorial Drive
Houston, Texas 77079
jdorrell@hanszenlaporte.com

By:  */s/ Kristina S. Baehr*
Kristina S. Baehr
Assistant United States Attorney