# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CIVIL DOCKET FOR CASE #: 1:20−mc−00657−LY

Van Dyke v. Retzlaff  
Assigned to: Judge Lee Yeakel  
Case in other court:  Eastern District of Texas, Sherman Division, 4:18−CV−247−ALM  
Cause: Motion to Quash

Date Filed: 06/22/2020

**Plaintiff**

**Jason Lee Van Dyke**     represented by    **Jason Lee Van Dyke**  
PO Box 2618  
Decatur, TX 76234  
United Sta  
(469) 687−9526  
Email: jasonleevandyke@protonmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Thomas C. Retzlaff**     represented by    **Jeffrey L. Dorrell**  
*also known as*  
Dean Anderson  
*doing business as*  
BV Files  
*doing business as*  
Via View Files L.L.C.  
*doing business as*  
ViaView Files

Hanszen Laporte, LLP  
14201 Memorial Drive  
Houston, TX 77079  
713−522−9444  
Fax: 713−524−2480  
Email: jdorrell@hanszenlaporte.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Thomas C. Retzlaff**     represented by    **Jeffrey L. Dorrell**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Movant**

**James McGibney**     represented by    **James McGibney**  
4305 Ridgebend Dr.  
Round Rock, TX 78665  
408−601−0685  
PRO SE

**Movant**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | represented by | **Kristina Scurry Baehr** <br> U.S. Attorney's Office <br> 903 San Jacinto Blvd, Suite 334 <br> Austin, TX 78707 <br> 512−916−5858 <br> Email: kristina.baehr@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2020 | Ï 1 | MOTION to Quash ($47.00 Filing Fee DUE) by James McGibney. (Attachments: # 1 Cover Letter, # 2 Order from Eastern District to File Motion in Western District)(cj) (Additional attachment(s) added on 6/23/2020: # 3 Civil Cover Sheet) (cj). (Entered: 06/23/2020) |
| 06/23/2020 | Ï | Case assigned to Judge Lee Yeakel. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (cj) (Entered: 06/23/2020) |
| 06/23/2020 | Ï | CASE REFERRED to Magistrate Judge Mark Lane. (cj) (Entered: 06/23/2020) |
| 06/23/2020 | Ï 2 | RESPONSE in Support, filed by Jason Lee Van Dyke, re 1 MOTION to Quash filed by Movant James McGibney *(Expedited Relief Requested)* (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Proposed Order Proposed Order)(Van Dyke, Jason) (Entered: 06/23/2020) |
| 06/23/2020 | Ï | CASE NO LONGER REFERRED to Magistrate Judge Mark Lane. (cj) (Entered: 06/23/2020) |
| 06/23/2020 | Ï | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Lane (cj) (Entered: 06/23/2020) |
| 06/23/2020 | Ï 3 | Third Party MOTION to Quash *Subpoena of FBI Witness and Transfer* by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1 – Declaration, # 2 Proposed Order)(Baehr, Kristina) (Entered: 06/23/2020) |
| 06/23/2020 | Ï 4 | DEFICIENCY NOTICE t Kristina Scurry Baehr: re 3 Third Party MOTION to Quash *Subpoena of FBI Witness and Transfer*. (td) (Entered: 06/23/2020) |
| 06/23/2020 | Ï 5 | Amended MOTION to Quash *and Motion to Transfer to EDTX* by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1 – Wicevich Declaration, # 2 Proposed Order)(Baehr, Kristina) (Entered: 06/23/2020) |
| 06/24/2020 | Ï 6 | ORDER REFERRING MOTION: 1 MOTION to Quash filed by James McGibney Signed by Judge Lee Yeakel. Referral Magistrate Judge: Mark Lane. (td) (Entered: 06/24/2020) |
| 06/24/2020 | Ï 7 | Filing fee received in the amount of $47.00, receipt number 100038708. (td) (Entered: 06/24/2020) |
| 06/24/2020 | Ï 8 | ORDER REFERRING MOTION: 5 Amended MOTION to Quash *and Motion to Transfer to EDTX* filed by UNITED STATES OF AMERICA. Signed by Judge Lee Yeakel. Referral Magistrate Judge: Mark Lane. (td) (Entered: 06/24/2020) |
| 06/28/2020 | Ï 9 | Letter/Correspondence from Thomas C. Retzlaff requesting subpoena. (td) (Entered: 06/29/2020) |
| 06/28/2020 | Ï 10 | NOTICE of Filing Subpoena Request by Thomas C. Retzlaff. (td) (Entered: 06/29/2020) |
| 06/28/2020 | Ï 11 | |

| | | |
|---|---|---|
| | | Emergency Notice of Deprivation of Due Process by Failure to Serve by Thomas C. Retzlaff. (td) (Entered: 06/29/2020) |
| 06/29/2020 | Ï 12 | Subpoena issued. (td) (Entered: 06/29/2020) |
| 06/29/2020 | Ï 13 | MOTION to Strike 11 Notice of Filing by Jason Lee Van Dyke. (Attachments: # 1 Proposed Order Proposed Order)(Van Dyke, Jason) (Entered: 06/29/2020) |
| 06/29/2020 | Ï 14 | MOTION to Quash *Subpoena* by Jason Lee Van Dyke. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Proposed Order Proposed Order)(Van Dyke, Jason) (Entered: 06/29/2020) |
| 06/29/2020 | Ï 15 | DEFICIENCY NOTICE Jason Lee Van Dyke: re 13 MOTION to Strike 11 Notice of Filing . (td) (Entered: 06/29/2020) |
| 06/29/2020 | Ï 16 | CERTIFICATE OF SERVICE by Jason Lee Van Dyke *Corrected* 14 MOTION to Quash *Subpoena*, 13 MOTION to Strike 11 Notice of Filing (Van Dyke, Jason) (Entered: 06/29/2020) |
| 06/29/2020 | Ï 17 | Notice of Consent to Transfer filed by James McGibney, re 1 MOTION to Quash filed by Movant James McGibney. (td) (Entered: 06/30/2020) |
| 06/29/2020 | Ï 18 | OBJECTION TO USE OF THE ECF SYSTEM BY JASON VAN DYKE by Thomas C. Retzlaff. (td) (Entered: 06/30/2020) |
| 06/30/2020 | Ï 19 | MOTION for Sanctions *against Thomas Christopher Retzlaff* by Jason Lee Van Dyke. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Proposed Order)(Van Dyke, Jason) (Entered: 06/30/2020) |
| 06/30/2020 | Ï 20 | ORDER REFERRING CASE to Magistrate Judge Mark Lane. Signed by Judge Lee Yeakel. Referral Magistrate Judge: Mark Lane. (td) (Entered: 06/30/2020) |
| 06/30/2020 | Ï 21 | MOTION to Strike 1 MOTION to Quash *by Non−Party Movant McGibney* by Thomas C. Retzlaff. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Proposed Order). Motions referred to Judge Mark Lane. (Dorrell, Jeffrey) (Entered: 06/30/2020) |
| 06/30/2020 | Ï | Motions No Longer Referred: 1 MOTION to Quash (case referred see doc # 20 ). (td) (Entered: 07/01/2020) |
| 06/30/2020 | Ï 24 | NOTICE of Reopening of Discovery Period & Deposition Notice for James McGibney by Thomas C. Retzlaff. (td) (Entered: 07/01/2020) |
| 07/01/2020 | Ï 22 | CERTIFICATE OF SERVICE by UNITED STATES OF AMERICA *re* 5 Amended MOTION to Quash *and Motion to Transfer to EDTX* (Baehr, Kristina) (Entered: 07/01/2020) |
| 07/01/2020 | Ï 23 | Unopposed MOTION for Extension of Time to File Response/Reply as to 5 Amended MOTION to Quash *and Motion to Transfer to EDTX* by Thomas C. Retzlaff. (Attachments: # 1 Proposed Order). Motions referred to Judge Mark Lane. (Dorrell, Jeffrey) (Entered: 07/01/2020) |
| 07/01/2020 | Ï 25 | ORDER the court GRANTS United States Amended Motion to Quash Subpoena of FBI Witness James McGibney and Motion to Transfer (Dkt. # 5 ). The Clerks office is ORDERED to transfer this entire matter to the Eastern District of Texas,Sherman Division. The court further ORDERS that the subpoena issued to GoDaddy.com at the request of Defendant Retzlaff be QUASHED without prejudice to renew that request in an appropriate forum (Dkt. # 10 and 12 ). Plaintiff Van Dykes motions entitled Motion to Strike (Dkt. # 13 ), Motion forSanctions (Dkt. # 19 ), and Motion to Strike Nonparty Movant James McGibneys Motion to Quash (Doc. 1 ) (Dkt. # 21 ) are DENIED. Given the above orders, Plaintiff Van Dykes motion entitled Motion to Quash Subpoena (Dkt. # 14 ) is MOOT. Signed by Judge Mark Lane. (td) (Entered: 07/01/2020) |

| 07/01/2020 | Ï | CASE NO LONGER REFERRED to Magistrate Judge Mark Lane. (td) (Entered: 07/01/2020) |

Case 4:20-mc-00091-ALM Document 26 Filed 07/01/20 Page 4 of 4 PageID #: 398