## **Attachment B**

FILED: 7/13/2020 8:37 PM
David Trantham
Denton County District Clerk
By: Elizabeth Jones, Deputy

CAUSE NO. 20-2579-431

| | | |
|---|---|---|
| THOMAS CHRISTOPHER RETZLAFF, | § | IN THE DISTRICT COURT |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 431st JUDICIAL DISTRICT |
| | § | |
| JASON LEE VAN DYKE, | § | |
| | § | |
| Respondent. | § | DENTON COUNTY, TEXAS |

## ORDER

Before the Court is the Nonparty, the United States of America's, Motion to Quash the oral deposition of James A. McGibney and request for production of documents.  The Court, **\*\*\*** after considering the pleadings of the parties herein, is of the opinion that the following order shall issue:

It is hereby ORDERED that the United States of America's Motion to Quash the oral deposition of James McGibney and request for production of documents is of merit and it is hereby in all things GRANTED.

**Signed on this day 7/13/2020 8:37 PM**



**\*\*\* including Petitioner's Motion to Strike, filed on 7/13/2020.**

- 1 -