# **Attachment C**

Case 4:20-mc-00091-ALM   Document 29-3   Filed 07/22/20   Page 2 of 3 PageID #: 439

FILED: 7/13/... E-Served via EFile.TXCourts.gov on
David Trantham
Denton County District Clerk
By: Lisa Cox, Deputy
7/14/2020 11:05 AM

CAUSE NO. 20-2579-431

| | | |
|---|---|---|
| THOMAS CHRISTOPHER RETZLAFF | § | IN THE DISTRICT COURT |
|     Petitioner | § | |
| | § | |
| v. | § | 431st JUDICIAL DISTRICT |
| | § | |
| JASON LEE VAN DYKE | § | |
|     Respondent. | § | DENTON COUNTY, TEXAS |

## ORDER ON MOTION TO QUASH AND FOR PROTECTIVE ORDER

On this day, this Court considered the motion of Respondent, Jason Lee Van Dyke, to quash subpoenas requested by Petitioner, Thomas Christopher Retzlaff, to James McGibney and GoDaddy.com L.L.C. In determining this motion, this Court also considered the brief of James McGibney in support of Respondent's motion, Petitioner's response to Respondent's motion, and Respondent's reply to Petitioner's response. In the interest of judicial economy, this Court also considered the arguments of the United States of America presented to the Court in its motion to quash. Having considered all the above-referenced filings, this Court makes the following orders:

**James McGibney**

   **X**    The motion to quash the subpoena for the deposition duces tecum of James McGibney is GRANTED. The subpoena is quashed.

   _____    The motion to quash the subpoena for the deposition duces tecum of James McGibney is DENIED.

   **X**    The motion for a protective order with respect to James McGibney and his spouse is GRANTED. No further subpoenas, either for trial or discovery by either party, may be issued for James McGibney (or his spouse, Christina McGibney) except by further order of this Court.

| | |
|---|---|
| _____ | The motion for a protective order with respect to James McGibney is DENIED. |

**GoDaddy.com L.L.C.**

| | |
|---|---|
| **X** | The motion to quash the discovery subpoena for GoDaddy.com L.L.C. is GRANTED. The subpoena is quashed. |
| _____ | The motion to quash the discovery subpoena for GoDaddy.com L.L.C. is DENIED. |
| **X** | The motion for a protective order with respect to GoDaddy.com L.L.C. is GRANTED. No further subpoenas, either for trial or discovery by either party, may be issued for GoDaddy.com L.L.C. except by further order of this Court. |
| _____ | The motion for a protective order with respect to GoDaddy.com L.L.C. is DENIED. |

Respondent is ORDERED to serve a copy of this order on James McGibney and GoDaddy.com L.L.C. in any manner provided by Rule 21 of the Texas Rules of Civil Procedure.

**Signed on this day 7/13/2020 8:31 PM**

_____
JUDGE PRESIDING