# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | |
| | § | |
| | § | Civil Action No.  4:20-mc-91 |
| v. | § | Judge Mazzant |
| | § | |
| THOMAS RETZLAFF, a/k/a DEAN | § | |
| ANDERSON, d/b/a VIA VIEW FILES LLC, | § | |
| and VIA VIEW FILES | § | |

## <u>ORDER</u>

Pending before the Court are Nonparty United States of America's Motion to Quash Subpoena (Dkt. #27) and Defendant Thomas C. Retzlaff's Motion to Strike (Dkt. #31).[1]  On July 7, 2020, the United States of America filed its Motion to Quash Subpoena (Dkt. #27).  On July 21, 2020, Retzlaff filed his Response in Opposition to the Motion to Quash Subpoena (Dkt. #28).  On July 22, 2020, the United States of America filed its Reply to Retzlaff's Response in Opposition to the Motion to Quash Subpoena (Dkt. #29).  On July 24, 2020, Nonparty James McGibney filed his Brief in Support of the Motion to Quash Subpoena (Dkt. #30).  On July 28, 2020, Retzlaff filed his Motion to Strike McGibney's Brief in Support of the Motion to Quash Subpoena (Dkt. #31).

On November 9, 2020, the Court dismissed the main civil action without prejudice.  *See* Mem. Op. & Order, *Van Dyke v. Retzlaff*, No. 4:18-cv-247, (E.D. Tex. Nov. 9, 2020), ECF. No. 228.  It is therefore **ORDERED** that Nonparty United States of America's Motion to Quash Subpoena (Dkt. #27) and Defendant Thomas C. Retzlaff's Motion to Strike (Dkt. #31) are hereby **DENIED as moot**.

**IT IS SO ORDERED.**

---

[1] These Motions are ancillary to the main action formerly before the Court. *See Van Dyke v. Retzlaff*, No. 4:18-cv-247.

**SIGNED this 9th day of November, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE